Matter of Radin v Johnson (2025 NY Slip Op 06830)

Matter of Radin v Johnson

2025 NY Slip Op 06830

Decided on December 09, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 09, 2025

Before: Moulton, J.P., Kapnick, Mendez, Shulman, Hagler, JJ. 

Index No. 100496/22|Appeal No. 5316 M-3380|Case No. 2025-3685|

[*1]In the Matter of Lidya Radin, Petitioner, 
v
Hon. Jeanine Renee Johnson etc., Respondent. 

Lidya Radin, petitioner pro se.
Letitia James, Attorney General, New York (Charles F. Sanders of counsel), for respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. M-3380 - Matter of Radin v Johnson 
Motion to dismiss proceeding Granted.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 9, 2025